1044

No. 72–5416. FIDANIAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5417. MURDOCK v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 72–5418. PERRY v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 72–5419. FLINCHUM v. CLINCHFIELD RAILROAD Co. C. A. 6th Cir. Certiorari denied.

No. 72–5420. OLDEN v. WILSON, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 72–5421. NICHOLS v. PAGE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 72–5422. DAILEY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 72–5423. TRABER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5424. TAYLOR v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 72–5425. COONEY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 72–5427. CARVER v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 72–5428. STARNES v. HARRIS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 72–5430. FLETCHER v. BRIERLEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.